UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04 CR 10339-PJB

UNITED STATES OF AMERICA )
)
v. )
) VIOLATIONS:
) 26 U.S.C. § 7206(1) (subscribing false tax return)
TIMOTHY P. SCHROEDER, )
)
defendant. )

THE GRAND JURY CHARGES THAT:

1.  At all times pertinent to this Indictment, defendant TIMOTHY P. SCHROEDER was a resident of Plymouth, Massachusetts.

2.  On or about November 19, 1998, in the District of Massachusetts and elsewhere,

TIMOTHY P. SCHROEDER

defendant herein, being a resident of Plymouth, Massachusetts, did willfully make and subscribe a joint United States Individual Income Tax Return, Form 1040, on behalf of himself and his spouse, for the tax year 1997, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Director, Internal Revenue Service Center at Andover, Massachusetts, which said tax return he did not believe to be true and correct as to every material matter in that adjusted gross income was reported as $54,834.00 and joint taxable income was reported as $31,381.00, whereas, as he then and there well knew and believed, adjusted gross income and joint taxable income for that tax year substantially exceeded the amounts reported.

All in violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS        November 16, 2004 @ 1:45 PM

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

04CR 10339-PJB

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: Boston    Category No. II    Investigating Agency IRS

City Boston    Related Case Information:

County Suffolk    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name TIMOTHY P. SCHROEDER    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address 18 Palmer Avenue, Plymouth, MA 02360-5828

Birth date (Year only): 1949    SSN (last 4 #): 6629    Sex M    Race: White    Nationality: USA

Defense Counsel if known: William Brown    Address: 31 Milk Street
Boston, MA 02109
Bar Number: _____

**U.S. Attorney Information:**

AUSA Paul G. Levenson    Bar Number if applicable 553946

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: n/a

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: November 16, 2004    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   TIMOTHY P. SCHROEDER

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 U.S.C. § 7206(1) | Filing False Tax Return | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**