AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

| UNITED STATES OF AMERICA<br>V.<br><br>TIMOTHY SCHROEDER<br>18 PALMER AVENUE<br>PLYMOUTH, MA 02360<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    04-10339-PJB |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>1 Courthouse Way<br>Boston, MA 02210 | Room<br>**COURTROOM # 25, 7th FLOOR** |
|---|---|
| Before:    JAMES R. MUIRHEAD, U.S. MAGISTRATE JUDGE | Date and Time<br>**DECEMBER 2, 2004 AT 11:30 A.M.** |

To answer a(n)

X  Indictment        Information        ComplaintCom        Violation        Probation Violation Petition

Charging you with a violation of Title    26            United States Code, Section(s)    7206(1)

Brief description of offense:

Subscribing a false tax return


**PLEASE NOTE: YOU MUST REPORT TO PRETRIAL SERVICES LOCATED ON THE FIRST FLOOR BY 9:00 A.M. DECEMBER 2, 2004.**

_signature_                                    November 22, 2004
Signature of Issuing Officer                   Date

JAMES R. MUIRHEAD, U.S.M.J.
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]  Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____
Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.