UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

<u>United States</u>

    v.                    Case No. 04 CR 10339-PJB

<u>Tim Schroeder</u>

### O R D E R

All of the judges in this District are recused from presiding over this case. Accordingly, the case has been transferred to Judge Paul Barbadoro of the District of New Hampshire.

The recusal of all of the judges on this court gives rise to an "emergency" with respect to the transferred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a Magistrate Judge from the transferee district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

SO ORDERED.

                                                  William G. Young
                                                  Chief Judge

November 17, 2004

cc: Counsel of Record

## Concurring Order

I concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge James R. Muirhead is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him by the District Judge to whom this case is assigned.

```
                                    _____
                                    Steven J. McAuliffe, Chief Judge
                                    Assignee District
Date: November 17, 2004
```