UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>United States of America</u>

v.                                                                NH Crim. No.  04-CR-213-PB
                                                                  MA Crim. No. 04-CR-10339-PJB

<u>Timothy Schroeder</u>

O R D E R

By order dated November 17, 2004, the above case was assigned to District Judge Paul Barbadoro, sitting by designation, due to the recusal of the Massachusetts judges.

If there are any outstanding pending motions and objections in the case which counsel wish to renew, the parties should refile any such motions and objections within fifteen (15) days of the date of this order.  If no matters are renewed by counsel, the court will consider any pending matters as resolved.

All original motions, pleadings, and other documents should continue to be electronically filed with the Clerk, District of Massachusetts, with paper copies of the same to be filed with the Clerk, District of New Hampshire, with certification of service to that effect, and mailed to United States District Court, District of New Hampshire, 55 Pleasant Street, Room 110, Concord, New Hampshire 03301-3941.  Originals of any conventionally filed documents should also be filed with the Clerk, District of Massachusetts, with a paper copy of the same to be filed with the Clerk, District of New Hampshire.

Although there are no independent charges pending in the District of New Hampshire, that district has opened a separate case number and file for administrative purposes.   Thus, both district court case file numbers must appear on all filings.  Jurisdiction of the above case remains with the District of Massachusetts and the local rules of the District of Massachusetts shall apply.

SO ORDERED.


Date: December 1, 2004
                                             /s/ Paul Barbadoro
                                             Paul Barbadoro
                                             District Judge


cc:     William A. Brown, Esq.
        Paul G. Levenson, Esq.