AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    *Mass / NH*

*11³⁰ am*
*Filed 12/2/04*
*In Court*
*USDCMA*
*ys*

**APPEARANCE**

Case Number:    *04 CR 10339 RJB*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    *TIMOTHY SCHROEDER*

I certify that I am admitted to practice in this court.

| | |
|---|---|
| *12-2-04* | *William D.* |
| Date | Signature |
| | *WILLIAM A. BROWN* |
| | Print Name                          Bar Number |
| | *31 MILK ST* |
| | Address |
| | *BOSTON        MA        02109* |
| | City            State            Zip Code |
| | *617-482-1001* |
| | Phone Number                      Fax Number |