UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TIMOTHY SCHROEDER, )<br>)<br>Defendant. )<br>) | Crim. No. 04-10339-PJB<br>NH  CR04-213-01-PB |

### Motion to Continue Sentencing
**(Assented to)**

The United States of America, by its undersigned counsel, hereby moves to continue the sentencing in this case, which is currently scheduled for April 4, 2005, at Boston.

As grounds for this motion, the United States notes that on March 22, 2005, undersigned counsel, Paul Levenson, sent a proposed cooperation agreement to William Brown, counsel for defendant Schroeder. That agreement would obligate Mr. Schroeder to testify in the anticipated trial of co-defendant Steven A. Milkiewicz. It is the understanding of undersigned counsel that the proposed agreement has been forwarded to Mr. Schroeder for his consideration and signature. In that proposed cooperation agreement, the United States agrees to inform the Court regarding all assistance that may be provided by Mr. Schroeder. To enable Mr. Schroeder to obtain the full benefit of any cooperation he may provide, and to allow the Court to hear and see Mr. Schroeder's testimony, it makes sense to postpone Mr. Schroeder's sentencing until such time as his cooperation is completed.

Accordingly, the United States moves to postpone sentencing in this case until the trial of co-defendant Stephen Milkiewicz has concluded. In the event that Mr. Schroeder chooses not to

enter into the proposed cooperation agreement, the United States will notify the Court of this changed circumstance.

      Counsel for Mr. Schroeder has informed the undersigned that he assents to this motion.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

Dated: March 30, 2005        By: /s/Paul G. Levenson
                                   PAUL G. LEVENSON
                                   Assistant U.S. Attorney
                                   John Joseph Moakley United States Courthouse
                                   1 Courthouse Way, Suite 9200
                                   Boston, MA 02210
                                   (617) 748-3147